UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CINDY CHILDS, a married person,<br><br>    Plaintiff,<br><br>vs.<br><br>J&D RESTAURANTS, INC. d/b/a Denny's, a Washington corporation; *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-00219-EJL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Dkt. 22.) Being fully advised and finding good cause exists, the Court will dismiss this action with prejudice. Accordingly,

IT IS HEREBY ORDERED that this action is **DISMISSED WITH PREJUDICE** and each party shall bear their own attorneys' fees and costs.

DATED: April 15, 2019

_____
Honorable Edward J. Lodge
U.S. District Judge